KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CANDACE KELLY (CSBN 191473)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6962
FAX: (415) 436-7234

Attorneys for Plaintiff

E-Filing

FILED
JUL 15 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FARINAZ BIANCA ZAHRAI,<br><br>　　　　Defendant. | No. CR 05-00372-MMC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE TRIAL DATE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM JUNE 29, 2005 TO AUGUST 3, 2005 |

STIPULATION

1. On June 29, 2005, the parties in the above-captioned case appeared before the Court for their initial appearance in District Court. Defense counsel requested a continuance to August 3, 2005 in order to allow her to review the discovery in the case, which she had not yet received, to effectively prepare for trial and to accommodate her unavailability for one week in July and her client's unavailability on June 27, 2005. The government had no objection to this request.

2. Both counsel stipulated and agreed that time should be excluded from June 29, 2005 to August 3, 2005 from the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) in order to allow for continuity of counsel as well as a reasonable amount of time for the defense to

ORDER
CR 05-00372-MMC

1  effectively prepare for trial, taking into account the exercise of due diligence.

2  SO STIPULATED.

3  DATED:_____          *See attached.*
4                              LAUREL HEADLEY
                                Attorney for Defendant Zahrai

7  DATED: 7-14-05              C. Kelly
8                              CANDACE KELLY
                                Assistant United States Attorney

                                ORDER

The Court finds that there is good cause for the extension of time described above, and that the ends of justice served by granting this continuance outweigh the best interests of the public and of the defendant in a speedy trial and the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A). The Court further finds that failure to grant the continuance would deny defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence and continuity of counsel under 18 U.S.C. § 3161(h)(8)(B)(iv).

Accordingly, and with the consent of the defendant, the Court continues the matter to August 3, 2005 for a status hearing and orders that the period from June 29, 2005 through August 3, 2005 be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: JUL 1 5 2005           _____
                               MAXINE M. CHESNEY
                               UNITED STATES DISTRICT JUDGE

ORDER
CR 05-00372-MMC

1  effectively prepare for trial, taking into account the exercise of due diligence.
2  SO STIPULATED.
3  DATED: July 14, 2005
4  _____
   LAUREL HEADLEY
5  Attorney for Defendant Zahrai
6
7  DATED:_____
8  _____
   CANDACE KELLY
9  Assistant United States Attorney
10
11                                   ORDER
12    The Court finds that there is good cause for the extension of time described above, and
13 that the ends of justice served by granting this continuance outweigh the best interests of the
14 public and of the defendant in a speedy trial and the prompt disposition of criminal cases. 18
15 U.S.C. § 3161(h)(8)(A). The Court further finds that failure to grant the continuance would deny
16 defense counsel reasonable time necessary for effective preparation taking into account the
17 exercise of due diligence and continuity of counsel under 18 U.S.C. § 3161(h)(8)(B)(iv).
18    Accordingly, and with the consent of the defendant, the Court continues the matter to August
19 3, 2005 for a status hearing and orders that the period from June 29, 2005 through August 3,
20 2005 be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) and
21 (B)(iv).
22
23 IT IS SO ORDERED.
24
25 DATED:_____
   _____
26 MAXINE M. CHESNEY
   UNITED STATES DISTRICT JUDGE
27
28

ORDER
CR 05-00372-MMC