KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CANDACE KELLY (CSBN 191473)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6962
FAX: (415) 436-7234

Attorneys for Plaintiff

RECEIVED
AUG 25 PM 1:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>    Plaintiff,  )<br>            )<br>    v.      )<br>            )<br>FARINAZ BIANCA ZAHRAI,  )<br>            )<br>    Defendant.  )<br>_____ ) | No. CR 05-00372-MMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE TRIAL DATE<br>AND EXCLUDE TIME UNDER THE<br>SPEEDY TRIAL ACT FROM AUGUST 3,<br>2005 TO SEPTEMBER 14, 2005 |

STIPULATION

1. On August 3, 2005, the parties in the above-captioned case appeared before the Court for their initial appearance in District Court. Defense counsel requested a continuance of the case in order to allow her to review the discovery in the case and to conduct follow-up investigation, to effectively prepare for trial. Defense counsel also anticipated receiving additional materials relating to relevant conduct from the government and requested additional time to review those materials as well. The government had no objection to this request. The parties agreed upon September 14, 2005 as the next available date, in part due to the unavailability of government counsel from September 1, 2005 through September 10, 2005.

ORDER
CR 05-00372-MMC

2. Both counsel stipulated and agreed that time should be excluded from August 3, 2005 to September 14, 2005 from the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) in order to allow for continuity of counsel as well as a reasonable amount of time for the defense to effectively prepare for trial, taking into account the exercise of due diligence.

SO STIPULATED.

DATED: August 18, 2005

LAUREL HEADLEY
Attorney for Defendant Zahrai

DATED: 8-23-05

CANDACE KELLY
Assistant United States Attorney

ORDER

The Court finds that there is good cause for the extension of time described above, and that the ends of justice served by granting this continuance outweigh the best interests of the public and of the defendant in a speedy trial and the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A). The Court further finds that failure to grant the continuance would deny defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence and continuity of counsel under 18 U.S.C. § 3161(h)(8)(B)(iv).

Accordingly, and with the consent of the defendant, the Court continues the matter to September 14 2005 for a status hearing and orders that the period from August 3, 2005 through September 14, 2005 be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: AUG 2 9 2005

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

ORDER
CR 05-00372-MMC