1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  CANDACE KELLY (CSBN 191473)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-6962
7     FAX: (415) 436-7234

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        )  No. CR 05-00372-MMC
                                      )
14 |      Plaintiff,                  )  STIPULATION AND [PROPOSED]
                                      )  ORDER EXCLUDE TIME UNDER THE
15 | v.                               )  SPEEDY TRIAL ACT FROM
                                      )  SEPTEMBER 14, 2005 TO JANUARY 9,
16 | FARINAZ BIANCA ZAHRAI,           )  2005
                                      )
17 |      Defendant.                  )
                                      )
18 |_____  )

19
                             STIPULATION
20
       1. On September 14, 2005, the parties in the above-captioned case appeared before the
21
   Court. Defense counsel requested a continuance of the case in order to allow her to review the
22
   discovery in the case and to conduct follow-up investigation to effectively prepare for trial.
23
   Defense counsel also requested additional materials relating to relevant conduct from the
24
   government and requested additional time to review those materials as well. The government
25
   had no objection to this request. The parties agreed upon October 26, 2005 as the next
26
   appearance before this Court.
27
       2. Both counsel stipulated and agreed that time should be excluded from September 14, 2005
28

ORDER
CR 05-00372-MMC

to October 26, 2005 from the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) in order to allow for a reasonable amount of time for the defense to effectively prepare for trial, taking into account the exercise of due diligence.

     3.  On October 26, 2005, the parties appeared before the Court and set the matter for trial on January 9, 2006.  Defense counsel explained that she will be unavailable to assist her client for a period of 18 days during the month of December, due to a planned office re-location.  The parties agreed that a period of 18 days should be excluded from the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) in order to allow for continuity of counsel and to allow for a reasonable amount of time for the defense to effectively prepare for trial, taking into account the exercise of due diligence.

SO STIPULATED.

DATED:     11/14/05                              /s/_____
                                                 LAUREL HEADLEY
                                                 Attorney for Defendant Zahrai


DATED:     11/17/05                              /s/_____
                                                 CANDACE KELLY
                                                 Assistant United States Attorney


## ORDER

    The Court finds that there is good cause for the extensions of time described above, and that the ends of justice served by granting these continuances outweigh the best interests of the public and of the defendant in a speedy trial and the prompt disposition of criminal cases.  18 U.S.C. § 3161(h)(8)(A).  The Court further finds that failure to grant the continuance would deny defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence and continuity of counsel under 18 U.S.C. § 3161(h)(8)(B)(iv).

    Accordingly, and with the consent of the defendant, the Court continues the matter to January 9, 2006 for a jury trial and orders that the periods from September 14, 2005 through October 26,

ORDER
CR 05-00372-MMC

1  2005 and December 14, 2005 through December 31, 2005 be excluded from the Speedy Trial Act
2  calculations under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).
3  IT IS SO ORDERED.

5  DATED: November 29, 2005

   _____
   MAXINE M. CHESNEY
   UNITED STATES DISTRICT JUDGE

ORDER
CR 05-00372-MMC