1 LAUREL L. HEADLEY (SBN 152306)
  ARGUEDAS, CASSMAN & HEADLEY
2 803 Hearst Ave.
  Berkeley, California 94710
3 Telephone: (510) 345-3000
  Fax: (510) 845-3003
4
  Attorneys for Defendant
5 FARINAZ BIANCA ZAHRAI

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN OF CALIFORNIA

10 SAN FRANCISCO VENUE

11 | UNITED STATES OF AMERICA, | NO. CR 05-00372 MCC |
|---|---|
12 | Plaintiff, | ORDER CONTINUING SENTENCING FROM MARCH 29 TO APRIL 26, 2006 |
   | v. | |
13 | | |
14 | FARINAZ BIANCA ZAHRAI, | |
15 | Defendant. | |
16 | _____/ | |

17  GOOD CAUSE APPEARING, pursuant to the parties' stipulation that a continuance is appropriate in order to allow the Probation Department enough time to prepare the pre-sentence report,

 IT IS HEREBY ORDERED that sentencing in the above-referenced case is continued from March 29, 2006 to April, 26, 2006 at 2:30 p.m..

DATED: February 13, 2006

_____
THE HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT COURT JUDGE