LAUREL L. HEADLEY (SBN 152306)
ARGUEDAS, CASSMAN & HEADLEY
5900 Hollis Street, Suite N
Emeryville, California 94608
Telephone: (510) 654-2000
Fax: (510) 654-2350

Attorneys for Defendant
FARINAZ BIANCA ZAHRAI

UNITED STATES DISTRICT COURT

NORTHERN OF CALIFORNIA

SAN FRANCISCO VENUE

| UNITED STATES OF AMERICA, | NO. CR 05-00372 MCC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER PERMITTING TRAVEL BY DEFENDANT FARINAZ BIANCA ZAHRAI |
| FARINAZ BIANCA ZAHRAI, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant FARINAZ BIANCA ZAHRAI may travel to and from the Northern District of California and Irvine, California between the dates of April 21, 2006 and April 23, 2006 to accompany her brother who is attending a seminar at the University of California, Irvine.

DATED: 4-20-06

THE HONORABLE MARIA ELENA JAMES
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

ORDER PERMITTING DEFENDANT ZAHRAI'S TRAVEL                1