LAUREL L. HEADLEY (SBN 152306)
ARGUEDAS, CASSMAN & HEADLEY
5900 Hollis Street, Suite N
Emeryville, California 94608
Telephone: (510) 654-2000
Fax: (510) 654-2350

Attorneys for Defendant
FARINAZ BIANCA ZAHRAI

ORIGINAL FILED

MAY 17 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05-00372 MCC |
| Plaintiff, | [PROPOSED] ORDER PERMITTING TRAVEL BY DEFENDANT FARINAZ BIANCA ZAHRAI |
| FARINAZ BIANCA ZAHRAI, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant FARINAZ BIANCA ZAHRAI may travel to and from Chicago, Illinois between the dates of May 21, 2006 and May 24, 2006 to participate in a job interview which will take place on either May 22 or May 23, 2007.

DATED: 5-17-06

_____
THE HONORABLE MARIA ELENA JAMES
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE