LAUREL L. HEADLEY (SBN 152306)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone: 510.845.3000
Fax: 510.845.3003

Attorneys for Defendant
FARINAZ BIANCA ZAHRAI

UNITED STATES DISTRICT COURT

NORTHERN OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05-00372 MCC |
| Plaintiff, | ORDER FOR EXONERATION OF BOND AND RETURN OF PASSPORT |
| FARINAZ BIANCA ZAHRAI, | |
| Defendant_____/ | |

On June 17, 2005, Defendant ZAHRAI was released pre-trial on an unsecured bond of $50,000 and ordered to surrender her passport to the Clerk of the Court. Defendant ZAHRAI was sentenced on April 26, 2006, and is no longer on pre-trial release. Therefore,

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the pre-trial release bond in this matter is exonerated and Defendant ZAHRAI's passport be returned to her by the Clerk of the United States District Court.

DATED: June 21, 2006

_____
THE HONORABLE MAXINE CHESNEY
U.S. DISTRICT COURT JUDGE